PHILIP J. NICHOLSEN (SB#130983)
601 Montgomery Street, Suite 777
San Francisco, California 94111
Telephone: (415) 364-4000
Email: nicholsenlaw@yahoo.com

Attorney for Defendants,
Keith Kim and Janice Kim

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | Bk No. 11-49539 |
| KEITH J. KIM AND JANICE S. KIM, | Under Chapter 7 |
| Debtors. | Adv. Pro. No. 11-4345 |
| A. JUSTIN STERLING, individually and as Trustee of THE A. JUSTIN STERLING TRUST, | Date: May 1, 2012<br>Time: 1:30 P.M.<br>Place: Oakland, California<br>Judge: Hon. Roger L. Efremsky |
| Plaintiff, | |
| vs. | |
| KEITH KIM AND JANICE KIM, | |
| Defendants. | |

## STATUS CONFERENCE STATEMENT

Keith Kim and Janice Kim ("Defendants") file this Status Conference Statement, and would respectfully show this court the following:

This adversary proceeding was initialed by the filing of a complaint on or about November 29, 2011. The Defendants appeared *pro se*, and the first Status Conference in this case was held on March 6, 2012. The undersigned was recently engaged to represent Defendants in this Adversary Proceeding. An answer to the complaint was filed on behalf of Defendants on April 22, 2012.

After serious and productive settlement negotiations between counsel, Defendants believe there is now a tentative agreement in principal with respect to most of the essential terms of a proposed settlement, subject to documentation and final approval by all parties thereto. While some issues relating to the settlement remain to be resolved, a draft Settlement Agreement has already been prepared and is being circulated for review and comment.

Based upon the foregoing, Defendants respectfully request that a continued status conference be set in this mater for approximately 30 to 45 days in the future.

Dated: April 25, 2012

                                        */s Philip J. Nicholsen*
                                        PHILIP J. NICHOLSEN

                                        Attorney for Defendants,
                                        Keith Kim and Janice Kim

# PROOF OF SERVICE

I am over the age of 18 years. I am not a party to the above-entitled action. My business address is 601 Montgomery Street, Suite 777, San Francisco, CA 94111  I am readily familiar with the firm's practice for collection and processing of facsimiles and mail. On the below mentioned date, I caused the foregoing pleading to be served as follows:

[X]  **(BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope, addressed as set forth below, with correct amount of postage and deposited that same day in a United States Postal Service depository.

[ ]  **(BY PERSONAL SERVICE)** By hand delivering a true copy thereof, that same day, addressed to the person, and delivered to the address set forth below.

[ ]  **(BY OVERNIGHT SERVICE)** By depositing a true copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully prepaid, deposited the same day for overnight delivery with an overnight mail service to the addresses shown below.

[ ]  **(BY FACSIMILE)** By transmitting said document(s) from our office facsimile machine, to the facsimile numbers shown below and reported as complete and without error.

[ ]  **(BY ELECTRONIC MAIL)** By transmitting said document(s) from our office via email as a pdf attachment.

Tim M. Agajanian
Stephen K. Anderson
MURCHISON & CUMMING, LLP
275 Battery Street, Suite 550
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 25, 2012, at San Francisco, California.

/s *Philip J. Nicholsen*
Philip J. Nicholsen